**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

TROY FREDERICK                                                                                          PLAINTIFF

V.                                            4:09CV00144 BSM

NATHAN JENKINS, Deputy, Boone
County Sheriffs Office *et al*.                                                                      DEFENDANT

## ORDER

Plaintiff has submitted this §1983 case for filing in this district. It appears, however, based on the alleged facts and the defendant named, that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). The court, therefore, finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transfer a copy of this order and the original file of this court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 13th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE